**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Warren THOMAS, Sr., Defendant–Appellant.**

No. 01–6247.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

Warren Thomas, Sr., pro se. Harold Watson Gowdy, III, Office of the United

States Attorney, Greenville, SC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit JJ.

PER CURIAM.

Warren Thomas, Sr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Thomas,* Nos. CR–95–370; CA–99–3947–7–20 (D.S.C. filed Jan. 2, 2001; entered Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*